GEORGE GILLESPIE, by NEIL GILLESPIE, His Guardian ad Litem, Appellant,

v. John Heverin, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.